UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
                                                          :

THOMAS P. JACKSON,

                                                          :     **ORDER**

                Petitioner,

                                                           :     08 Civ. 4386 (SAS)

      -against-

                                                           :

JANICE M. KILLIAN, Warden:
Federal Correctional Institution            :
at Otisville, New York,

                                                          :

                Respondent.
------------------------------------------------------X

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

       The above-captioned motion, brought pursuant to 28 U.S.C. § 2241, was filed on May 9, 2008. After examining the motion, I have concluded that it should not be summarily dismissed. Accordingly, it is hereby

       ORDERED, that the Clerk of the Court serve copies of the motion, attached papers and memorandum of law, if any, and this order by certified mail upon the United States Attorney for the Southern District of New York and it is further

       ORDERED, that respondent file an answer to the motion within sixty (60) days of the date of this Order. It is further

ORDERED, that should petitioner wish to file a reply to respondent's answer, such reply shall be filed within 15 days of the receipt of the answer and served upon respondent's counsel.

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated:      New York, New York
            June 20, 2008

## - Appearances -

**Petitioner (Pro se):**

Thomas P. Jackson
# 59535-053
FCI Otisville
P.O. Box 1000
Otisville, NY 10963

**For Respondent:**

Lev Dassin
Assistant United States Attorney
Criminal Division Chief
United States Attorney's Office
Southern District of New York
One Saint Andrew's Plaza
New York, New York 10007
(212) 637-2200